FILED
MAR 17 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 1 : 20 -cr- 0097 JRS -DLP |
| v. | ) CAUSE NO. | |
| DANIELLE L. DOWLING, | ) | -01 |
| a/k/a Dee, | ) | |
| LINDA L. BOW, | ) | -02 |
| JOSH STOOPS, | ) | -03 |
| JAMES BACON, | ) | -04 |
| a/k/a Jay, | ) | |
| MICHEAL FISHER, | ) | -05 |
| STEVE ANDERSON, | ) | -06 |
| a/k/a Crook, | ) | |
| JAMES SWARTZ, | ) | -07 |
| ERIC POORE, | ) | -08 |
| a/k/a Hollywood, | ) | |
| JANNA LNU, | ) | -09 |
| JOSH T. UNGER, | ) | -10 |
| a/k/a J.T., | ) | |
| RYAN SAWYER, | ) | -11 |
| a/k/a Ogre, | ) | |
| TROY THORNTON, | ) | -12 |
| a/k/a Capone, | ) | |
| DARIUS ANTHONY GARCIA, | ) | -13 |
| a/k/a Roger, | ) | |
| AMBER L. SEATS | ) | -14 |
| JEREMY OSMON, | ) | -15 |
| TYLER GREENWALT, | ) | -16 |
| GUY KARNES, | ) | -17 |
| CLIFFORD R. KING, JR., | ) | -18 |
| a/k/a Zoe, | ) | |
| LISA ROTH, | ) | -19 |
| ERIC WALKER, | ) | -20 |
| a/k/a Little E, | ) | |
| DYLAN WILLIAMS, | ) | -21 |
| a/k/a D, | ) | |
| JEFFREY SACKS, and | ) | -22 |
| PAULA ADAMS, | ) | -23 |
| Defendants, | ) | |

**APPEARANCE**

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by

Bradley A. Blackington, Senior Litigation Counsel for the Southern District of Indiana, and enters his

appearance as counsel for the United States of America.

                                                Respectfully submitted,

                                                JOSH J. MINKLER
                                                United States Attorney

By:    _____
        Bradley A. Blackington
        Senior Litigation Counsel